UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:15-cr-139-T-26TGW

CORY J. QUINTANA
_____/

# O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, it is **ORDERED AND ADJUDGED** that the Government's Motion for Reconsideration of Order to Correct Sentence (Dkt. 45) is **granted**. The Court vacates its order entered November 14, 2017, at docket 44, directing the Bureau of Prisons to afford Defendant jail credit commencing May 29, 2015. This order is without prejudice to Defendant utilizing his administrative remedies with the Bureau of Prisons seeking the same relief previously awarded by the Court. If Defendant is dissatisfied with the outcome of his administrative appeal, he may file a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 in the federal district court where he is incarcerated. See Fernandez v. United States, 941 F. 2d 1488, 1495 (11th Cir. 1991).

**DONE AND ORDERED** at Tampa, Florida, on January 19, 2018.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
Defendant, *pro se*